PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Carl Brown

09 - 390
Cr.: 02-CR-00144-001
PACTS Number: 38083

Name of Sentencing Judicial Officer: Honorable Rebecca Beach Smith

Name of Acting Judicial Officer: Honorable Peter G. Sheridan

Date of Original Sentence: 04/19/04

Original Offense: Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine Base

Original Sentence: 60 months imprisonment; 3 years supervised release

Type of Supervision: Supervised Release               Date Supervision Commenced: 02/04/08

### PETITIONING THE COURT

[ ]   To extend the term of supervision for        Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special
      condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed
by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and
with the approval of the U.S. Probation Office.

### CAUSE

The offender expressed to this writer that he feels in need of mental health treatment due to his feelings
of anxiety and agitation. This writer believes that the offender could benefit from mental health
counseling.

Respectfully submitted,

Susan Karlak

By:  Susan Karlak
     Senior U.S. Probation Officer
Date:  03/16/10

PROB 12B - Page 2
Carl Brown

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

5/27/10
_____
Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

March 18, 2010

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092

Honorable Peter G. Sheridan, United States District Judge
Clarkson F. Fisher Federal
Building and Courthouse
402 E. State Street
Trenton, New Jersey 08608

RE:   **U.S. v. Carl Brown**   Cl.09-390
      **Dkt. No. 03-CR-00144-001**
      <u>**Modification of Conditions**</u>

Dear Judge Sheridan:

On April 19, 2004, Carl Brown was sentenced by the Honorable Rebecca Beach Smith in the Eastern District of Virginia to 60 months imprisonment followed by 3 years supervised release for the offense of Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine Base. Brown was ordered to pay a $100 special assessment, and abide by the following special conditions: No new debt; financial disclosure; drug treatment; child support enforcement; and DNA testing. Transfer of jurisdiction was accepted by Your Honor on May 22, 2009, as Brown resides in New Jersey. He has been in compliance with the conditions of his supervision since the commencement of his supervision.

The purpose of this letter is a request for modifying the conditions of Brown's supervision, with his consent, to include his participation in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The offender expressed to this writer his desire for counseling due to his feelings of anxiety and agitation. The probation office believes that he could benefit from such counseling.

Please review the attached Probation Forms 12B and 49 and, if the Court concurs with our recommendation, sign and return the document to the undersigned. If Your Honor requests an alternative course of action, please advise. We will make ourselves available should the Court wish to discuss this matter.

Honorable Peter G. Sheridan, United States District Judge
Page 2
March 18, 2010

Respectfully submitted,

CHRISTOPHER MALONEY, Chief

U.S. Probation Officer

By: Susan Karlak
Senior U.S. Probation Officer

Enclosure(s)

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.


Witness: _Susan Karlak_                    Signed: _Carl Brown_
Senior U.S. Probation Officer              Probationer or Supervised Releasee
Susan Karlak                               Carl Brown


_3-17-10_
DATE